United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| FAHEEM RAZA NAQVI., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C. A. No. H-19CV1151 |
| | § | |
| VANAZARA, ET AL., | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The parties have reached a settlement in this cause of action. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on June 28th 2021.

Frances H. Stacy
United States Magistrate Judge